BERTHA STEINBERG and GEORGE STEINBERG, Appellants, v. MOLLIE FACTOR, Respondent, and YETTA KORN, Defendant.— Action by plaintiff Bertha Steinberg to recover damages for personal injuries sustained by slipping on the steps of the apartment building in which she lived, and by her husband to recover for medical expenses and loss of services. Appeal by the plaintiffs from judgment in their own favor, on the ground of inadequacy. Judgment reversed on the facts and a new trial granted, costs to appellants to abide the event. The court is of opinion that the verdict was inadequate. Hagarty, Davis, Johnston and Close, JJ., concur; Adel, J., dissents and votes to affirm.

## THIRD DEPARTMENT, MAY, 1937.
### (May 5, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CZECHALENKA, Appellant.— Motion " for an order permitting the District-Attorney of Sullivan County or Meyer A. Novick, attorney for the appellant, to print record of this case, together with the appellant's brief, for the purpose of perfecting the appeal taken therein, and to charge the cost thereof to the expenses of this trial pursuant to sections 606, 607 and 608 of the Correction Law," denied. The court does not now pass upon the question as to whether the proposed printing disbursements on appeal would properly be included as an expense of the trial. The allowance of the item is in the first instance to be determined by the State or county officials. Hill, P. J., Crapser and Heffernan, JJ., concur; McNamee and Bliss, JJ., concur in denying the motion only.

In the Matter of the Claim of ANNA FARKAS, Appellant, against WASHBURN WIRE Co., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal as a poor person on typewritten papers denied, on the ground that it does not appear that there is merit in the appeal for five physicians have testified that the disablement and death of decedent was not caused by lead poisoning. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH HUMIENSKI, Appellant, against C. MILTON FOREMAN, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal as a poor person on typewritten papers denied, without costs, on the ground that there does not appear to be any merit in the appeal, and because the question of constitutionality is not well taken. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of HIGHLAND FARMS, INC., Petitioner, Appellant, against PETER G. TEN EYCK, Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOBACCO AND ALLIED STOCKS, INC., Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.